**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| CHARLES A. JUSTICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV-06-681-R |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered February 28, 2007.  No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted.  Therefore, the Report and Recommendation is ADOPTED in its entirety and the decision of the Commissioner of the Social Security Administration is AFFIRMED.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE